JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRICK DERAY McFADDEN SR., et al., <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY CHILDREN AND FAMILY SERVICES, et al., <br><br> Defendants. | Case No. ED CV 15-08-JGB (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: August 25, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE